# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PREFERRED PROFESSIONAL INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | 8:14CV364 |
| V. | ) ) | |
| **HOUSTON CASUALTY COMPANY,** | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on John Barry's Motion to Withdraw as Counsel for Defendant Houston Casualty Company ("HCC"). (Filing 19.) Upon the representation that HCC will remain represented in this matter, the Motion will be granted.

**IT IS ORDERED:**

1. John Barry's Motion to Withdraw as Counsel for HCC (filing 19) is granted.

2. The Clerk of Court shall terminate Mr. Barry's appearance as counsel for HCC and terminate future notices to him in this matter.

**DATED August 26, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**