# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PREFERRED PROFESSIONAL INSURANCE COMPANY,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**HOUSTON CASUALTY COMPANY,**<br><br>          Defendant. | **8:14CV364**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

This matter is before the Court on Plaintiff Preferred Professional Insurance Company ("PPIC") and Defendant Houston Casualty Company's ("HCC") stipulation of dismissal without prejudice of PPIC's claims against HCC and HCC's counterclaims against PPIC (Filing No. 22).  The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The above-captioned action should be dismissed without prejudice, and each party will bear its own costs.  Accordingly,

   IT IS ORDERED that:

   1. The Parties' Stipulation of Dismissal without Prejudice (Filing No. 22) is approved;

   2. The above-captioned action is dismissed without prejudice; and

   3. The Court will not assess costs or attorney's fees.


Dated this 31st day of August, 2015

                                                            BY THE COURT:

                                                            s/Laurie Smith Camp
                                                            Chief United States District Judge